UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD J. AMOS,<br><br>   Plaintiff,<br><br>   v.<br><br>K. ALLISON, et al.,<br><br>   Defendants. | Case No. 20-cv-08512-HSG<br><br>**ORDER OF DISMISSAL** |

On December 2, 2020, Plaintiff filed the instant *pro se* complaint under 42 U.S.C. § 1983. Dkt. No. 1. On June 1, 2021, the Court reviewed the complaint and dismissed it with leave to amend for various reasons. Dkt. No. 10. The Court granted Plaintiff leave to amend the complaint, and informed Plaintiff that the failure to file an amended complaint in the time provided would result in the dismissal of this action without further notice. *Id.* The deadline to file an amended complaint has passed, and Plaintiff has not filed an amended complaint.

Accordingly, for the foregoing reasons and for the reasons stated in the Court's June 1, 2021 order of dismissal with leave to amend, this action is DISMISSED. The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that addresses the deficiencies identified in the Court's June 1, 2021 Order. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July 29, 2021

HAYWOOD S. GILLIAM, JR.
United States District Judge